Alex Moulopoulos, appellant, v. Nick Govas, appellee. Gen. No. 25,927.

Action upon a promissory note. Judgment by confession, under a power, opened and leave to plead given. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 17, 1921.

A. A. Pantelis, for appellant. A. L. Williams, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

John Schramkowski, appellee, v. Henry Ullrich et al., on appeal of Henry Ullrich, appellant. Gen. No. 25,949.

Action for damages for personal injuries received when plaintiff was struck by defendant's automobile. Verdict and judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 17, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Morton T. Culver, for appellant. A. H. Ranes and Corinne L. Rice, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Allen Kosar, appellee, v. Morris Joseph, appellant. Gen. No. 26,008.

Action for damages for injuries received by plaintiff by being struck by defendant's automobile. Verdict and judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 17, 1921.

Burt A. Crowe, for appellant. Royal W. Irwin, John G. Carter and Kenneth B. Hawkins, for appellee; Kenneth B. Hawkins, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Nellie Hancock, appellee, v. National Council of Knights and Ladies of Security, appellant. Gen. No. 26,081.

Action upon a life benefit certificate upon which payment was refused on the ground of misrepresentation in the application. Verdict and judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 17, 1921.

A. W. Fulton and John V. McCormick, for appellant. Gustav E. Beerly and John R. McCabe, for appellee.

Mr. Justice Matchett delivered the opinion of the court.